July 7, 1993
 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 93-1119

 RAYMOND A. BRISON,

 Plaintiff, Appellant,

 v.

 MARSOLAIS, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Rya W. Zobel, U.S. District Judge]
 

 

 Before

 Selya, Boudin and Stahl,
 Circuit Judges.
 

 

Raymond A. Brison on brief pro se.
 

 

 

 Per Curiam. We have carefully reviewed the
 

appellant's brief and the record on appeal. We agree with

the district court's conclusion that appellant's complaint is

barred by Massachusetts' three-year statute of limitations on

personal injury actions, Mass. Gen. L. ch. 260, 2A, which

is applicable to civil rights complaints, filed pursuant to

42 U.S.C. 1983. Owens v. Okure, 488 U.S. 235 (1989); see
 

also Street v. Vose, 936 F.2d 38 (1st Cir. 1991), cert.
 

denied, 112 S. Ct. 948 (1992). There is nothing in the
 

record to suggest that that limitations period was, or ought

to have been, tolled. The order of the district court

dismissing the complaint is, therefore, affirmed.

 Affirmed.